In the Matter of the Estate of JAMES E. ALBRIGHT, Deceased. WILLIAM W. ALBRIGHT, as Executor of JAMES E. ALBRIGHT, Deceased, Respondent; EDITH E. FALVEY [ALBRIGHT], Appellant.

Submitted April 25, 1955; decided April 28, 1955.

*George Kent Weldon* for motion.

*Edward W. Stitt* for respondent.

Motion granted.